**FILED**

**JUN 17 2025**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLLINOIS
E. ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 25-30090-SPM |
| | ) | |
| DARNELL B. MACKLIN, | ) | Title 18, United States Code, Section 875(c) |
| | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

### THE GRAND JURY CHARGES:

### COUNT 1

### INTERSTATE COMMUNICATION OF A THREAT TO INJURE

On or about January 3, 2025, in the Southern District of Illinois and elsewhere,

### DARNELL B. MACKLIN,

defendant herein, did knowingly transmit in interstate commerce a threat to injure the person of another; to wit, the defendant made a telephone call to E.D., an employee of Scott Credit Union of Edwardsville, Illinois, and stated he was going to "bomb" the place and "kill all [of] you guys," knowing that this communication would be viewed as a threat and with reckless disregard for whether this communication would be viewed as a threat, all in violation of Title 18, United States Code, Section 875(c).

DAVID D. DEAN
Assistant United States Attorney

Digitally signed by STEVEN
WEINHOEFT
Date: 2025.06.15 23:42:37 -05'00'

STEVEN D. WEINHOEFT
United States Attorney